UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

---

**ZUFFA, LLC d/b/a Ultimate Fighting Championship,**

                    Plaintiff,

   -against-

JOSE ANTONIO CASTAQUEDA, Individually, and as officer, director, shareholder, principals, manager and/or member of LA SANTA ENTERPRISES, LLC,

and

LA SANTA ENTERPRISES, LLC,

      Defendants.

---

**CORPORATE DISCLOSURE STATEMENT**

Civil Action No.
7:24-CV-00320

PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE WESTERN DISTRICT OF TEXAS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

ZUFFA, LLC d/b/a Ultimate Fighting Championship is a controlled subsidiary of TKO Group Holdings, Inc., TKO's principal place of business is New York, New York..

Dated: December 6, 2024
      Ellenville, New York

**ZUFFA, LLC D/B/A ULTIMATE FIGHTING CHAMPIONSHIP**

By:  /s/Julie Cohen Lonstein
JULIE COHEN LONSTEIN, ESQ.
NYS Bar #2393759
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C.
190 South Main Street: P.O. Box 351
Ellenville, NY  12428
Tel:  (845) 647-8500
Fax:   (845) 647-6277
Email: Legal@signallaw.com
*Our File No. ZU24-02TX-01*